No. 62. UNITED STATES *v.* CALIFORNIA MIDWAY OIL COMPANY ET AL. Appeal from the Circuit Court of Appeals for the Ninth Circuit. Argued December 3, 1923. Decided December 10, 1923. *Per Curiam.* Affirmed upon the authority of *Washington Securities Co.* v. *United States*, 234 U. S. 76, 78; *Baker* v. *Schofield*, 243 U. S. 114, 118; *Southern Ry. Co.* v. *Puckett*, 244 U. S. 571, 574; *Piedmont & Georges Creek Coal Co.* v. *Seaboard Fisheries Co.*, 254 U. S. 1, 13. *Mr. H. L. Underwood,* Special Assistant to the Attorney General, with whom *Mr. Solicitor General Beck* was on the brief, for the United States. *Mr. Geo. E. Whitaker* and *Mr. U. T. Clotfelter,* for appellees, submitted.